UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20461-CR-MARTINEZ(s)

UNITED STATES OF AMERICA,

vs.

MILDREY DE LA CARIDAD GONZALEZ, et al.,

       Defendants.
_____/

## NOTICE OF LIS PENDENS RE: FORFEITURE

**GRANTEE:** Venecia V. Hernandez (single woman)

**TO:** ALL PERSONS WHO MAY CLAIM BY, THROUGH, OR UNDER ANY OF THE DEFENDANT(S) AND/OR GRANTEE(S) any interest in the real property described herein.

NOTICE IS HEREBY GIVEN, pursuant to the provisions of F.S. § 48.23, as made applicable hereto by the provisions of 28 U.S.C. § 1964, that, on July 19, 2016, the United States of America filed a superseding indictment in the United States District Court for the Southern District of Florida in the foregoing action.

Pursuant to 18 U.S.C. §§ 982 and 981, the United States of America is seeking to forfeit the real property including all buildings, improvements, fixtures, attachments and easements found therein or thereon, which is more particularly described as:

> The West 90.30 Feet of the East 1203.90 feet of tract 15, of J.G. HEAD'S FARMS, in Section 14, Township 54 South, Range 39 east, according to the Plat thereof as recorded in Plat Book 46, at Page 44, of the Public Records of Miami-Dade County, Florida. Less the North 25.00 Feet for Right of Way Dedication.
>
> F/k/a Folio # 30-4914-002-0370 as per Warranty Deed Dated November

1

16, 2000 IN ORB 19376 PG 1868.

The West 180.60 feet of the East 1294.20 feet of Tract 15, of J.G. HEAD'S FARMS, in Section 14, Township 54 SOUTH, RANGE 39 East, according to the Plat thereof as recorded in Plat Book 46, at Page 44, of the Public Records of Miami-Dade County, Florida, LESS THE NORTH 25.00 FEET FOR RIGHT OF WAY DEDICATION.

Folio # 30-4914-002-0371.

The record/title owner of the defendant realty is Venecia V. Hernandez, by virtue of a Quit-Claim Deed, recorded in the public records of Miami-Dade County, Florida, in Official Records Book 29962, Page 373, on February 12, 2016.

Title 21, United States Code, Section 853(k) states no party claiming an interest in property subject to forfeiture may commence an action at law or equity against the United States concerning the validity of their interest after the filing of an indictment.

Further information concerning this action may be obtained from the records of the Clerk of Court for the United States District Court at Miami, Florida.

    Respectfully submitted,

    WIFREDO A. FERRER
    UNITED STATES ATTORNEY

BY:   */s/ Evelyn B. Sheehan*
    Evelyn B. Sheehan (Fla. Bar No. 944351)
    Assistant United States Attorneys
    99 NE 4th Street
    Miami, FL    33132-2111
    Tel. (305) 961-9125
    Fax. (305) 536-7599
    Evelyn.Sheehan@usdoj.gov

This instrument was
prepared by:
EVELYN B. SHEEHAN
ASSISTANT U.S. ATTORNEY