UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 16-CR-20461-MARTINEZ

UNITED STATES OF AMERICA

vs.

ADRIANA JALIL,

    Defendant.
_____/

STIPULATED FACTUAL BASIS
IN SUPPORT OF GUILTY PLEA

ADRIANA JALIL (hereinafter referred to as the "defendant" or "Jalil") hereby acknowledges that, had this case proceeded to trial, the United States would establish the following facts beyond a reasonable doubt:

From at least in or around 2011 and continuing through approximately March of 2016, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant knowingly and willfully conspired with others to: (a) defraud the United States; and (b) solicit and receive illegal health care bribes and kickbacks, in violation of Title 18, United States Code, Section 371.

MA Home Health Agency Inc. ("MA") was a Florida corporation that did business in Miami-Dade County, Florida, as a home health agency purporting to provide services to Medicare beneficiaries.

Golden Home Health Care, Inc. ("Golden") was a Florida corporation that did business in Miami-Dade County, Florida, as a home health agency purporting to provide services to Medicare beneficiaries.

Metro Dade Home Health, Inc. ("Metro Dade") was a Florida corporation that did business in Miami-Dade County, Florida, as a home health agency purporting to provide services to Medicare beneficiaries.

Nova Home Health Care, Inc. ("Nova") was a Florida corporation that did business in Miami-Dade County, Florida, as a home health agency purporting to provide services to Medicare beneficiaries.

Homestead Home Health Care, LLC ("Homestead") was a Florida corporation that did business in Miami-Dade County, Florida, as a home health agency purporting to provide services to Medicare beneficiaries.

Finetech Home Health, Inc. ("Finetech") was a Florida corporation that did business in Miami-Dade County, Florida, as a home health agency purporting to provide services to Medicare beneficiaries.

Inar Home Care Service Corp. ("Inar") was a Florida corporation that did business in Miami-Dade County, Florida, as a home health agency purporting to provide services to Medicare beneficiaries.

Ultimate Care Professional Services ("Ultimate Care") was a Florida corporation that did business in Miami-Dade County, Florida.

Jalil agreed with the owners and operators of the above-listed home health agencies ("HHAs") and others to refer patients and Medicare beneficiaries to HHAs in exchange for money (i.e., illegal health care kickbacks). During the course of the conspiracy, Jalil referred at least approximately 100 Medicare beneficiaries to HHAs operated or controlled by Mildrey Gonzalez ("Gonzalez") and Milka Alfaro ("Alfaro"), including MA, Golden, Metro Dade, Nova,

Homestead, Finetech and Inar. In return, Jalil received bribes and kickbacks paid in cash as well as by checks to Ultimate Care and other entities.

In total, as a result of false and fraudulent claims submitted by these HHAs for services purportedly rendered to beneficiaries recruited by Jalil, Medicare paid more than $250,000, but less than $550,000, to the HHAs. In particular, the defendant agrees that the loss caused to the Medicare program was approximately $540,000.

The preceding statement is a summary, made for the purpose of providing the Court with a factual basis for a guilty plea to the charges against me. It does not include all the facts known to me concerning criminal activity in which I and others engaged. I make this statement knowingly and voluntarily because I am in fact guilty, as charged in the Information.

Date: 10/4/2016

ADRIANA JALIL
Defendant

Date: 10/4/16

SAMUEL RABIN, ESQ.
Attorney for the Defendant