UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-20461-CR-MARTINEZ(s)

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ADRIANA JALIL,
Reg. No. 13627-104

    Defendant.
_____/

### ORDER GRANTING GOVERNMENT'S MOTION FOR A RULE 35 REDUCTION

**THIS CAUSE** came before the Court upon the Government's Motion for a Rule 35 Reduction [ECF No. 212], for providing substantial assistance. The Court having reviewed the motion and being otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that the Government's Motion for a Rule 35 Reduction [ECF No. 212] is **GRANTED without a hearing.**

1. **Adriana Jalil** shall be committed to the Bureau of Prisons for a total term of **Fourteen (14)** months as to Count Ten of the Superseding Indictment.

2. All remaining conditions imposed in the Judgment in a Criminal Case dated January 6, 2017 shall remain in full force and effect.

**DONE AND ORDERED** in Chambers, Miami, Florida this 3 day of April, 2017.

                                  JOSE E. MARTINEZ
                                  UNITED STATES DISTRICT JUDGE

cc:
All Counsel of Record
U.S. Probation Office
U.S. Marshal Service